**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | : | Case No. 11-59687 |
| | : | Chapter 7 (Judge Hoffman) |
| **Grant Riley** | : | SSN: xxx-xx-4838 |
| **Melissa Riley** | : | SSN: xxx-xx-2273 |
| 2346 Stargrass Avenue | : | |
| Grove City, Ohio  43123 | : | |
| | : | |
| | : | |
| | : | |
| | : | |
| Debtors. | : | |

## TRUSTEE'S WITHDRAWAL OF MOTION FOR TURNOVER OF ANNUITY PAYMENTS RECEIVED BY DEBTOR, MELISSA RILEY [DOC. #21]

Susan L. Rhiel, Trustee of this estate, hereby withdraws the Motion for Turnover of Annuity Payments Received by Debtor, Melissa Riley [Doc. #21] filed on January 6, 2012.

Respectfully submitted,

/s/ Susan L. Rhiel
Susan L. Rhiel, Trustee
**RHIEL & ASSOCIATES CO., L.P.A.**
394 East Town Street
Columbus, Ohio  43215
Telephone:  (614) 221-4670
Facsimile:  (614) 232-9306

## CERTIFICATE OF SERVICE

The undersigned does hereby certify that a true and accurate copy of the foregoing was served upon the parties listed below by electronic and/or regular U.S. mail, postage prepaid, this 1st day of February, 2012.

/s/ Susan L. Rhiel
Susan L. Rhiel

*Electronic service through ECF system*:

Office of the U.S. Trustee
170 N. High Street, Suite 200
Columbus, OH  43215

Ralph Kerns, Esq.
6797 N. High Street
Suite 325
Worthington, OH 43085

*Regular U.S. Mail*:

Grant and Melissa Riley
2346 Stargrass Avenue
Grove City, Ohio  43123